**EXHIBIT A**

# INVESTMENT AGREEMENT

**THIS INVESTMENT AGREEMENT (this "Agreement") dated 26th day of August 2022**

**BETWEEN:** GATE TRUCKIN XPRESS, LLC

("Investor")

**OF THE FIRST PART**

**AND**

Lamar Fletcher, Fund Manager
of Fletchers Capital Group LLC

( "Investee")

**OF THE SECOND PART**

**IN CONSIDERATION OF** the Investor investing certain monies (the "Investment") to the Investee, and the Investee repaying the principle plus interest to the Investor, both parties agree to keep, perform and fulfill the promises and conditions set out in this Agreement:

**Investment Amount & Interest**

1. The Investor promises to invest **$175,000.00 USD at $40,000.00 interest** to the Investee and the Investee promises to repay this principal amount to the Investor including interest payment in amount of **$220,000.00.**
   ***** $10,000 month every 45 days***

2. This Investment will be repaid initial investment total $175,000.00 with addition of **$40,000.00 interest on March 23,2023**. Should the Investee need additional time to repay the principle plus interest, the Investee will notify the Investor in writing at the address listed in 30 days and receive written approval for the extension. Interest continues to be accrued at 5% a month until the date repayment is made.

**Default**

3. Notwithstanding anything to the contrary in this Agreement, if the Investee defaults in the performance of any obligation under this Agreement, then the Investor may declare the principal amount owing and interest due under this Agreement at that time to be immediately due and payable.

**Governing Law**

4. This Agreement will be construed in accordance with and governed by **State of Georgia.**

**Costs**

5. All cost, expenses and expenditures including, without limitation, the complete legal costs incurred by enforcing this Agreement as a result of any default by the Investee, will be added to the principal then outstanding and will immediately be paid by the Investee.

**Binding Effect**

6. This Agreement will pass on the benefit of and be binding upon the respective heirs in case of death of contract holder :**Venus Williams 33.3%, Akeem Williams 33.3%, and Zach Williams 33.3%.**

**Amendment**

7. This Agreement may only be amended or modified by a written instrument executed by both the Investee and the Investor.

**Severability**

8. The clauses and paragraphs contained in this Agreement are intended to be read and construed independently of each other. If any term, covenant, condition or provision of this Agreement is held by a court of competent jurisdiction to be invalid, void or unenforceable, it is the parties' intent that such provision be reduced in scope by the court only to the extent deemed necessary by that court to render the provision reasonable and enforceable and the remainder of the provisions of this Agreement will in no way be affected, impaired or invalidated as a result.

**General Provisions**

9. Headings are inserted for the convenience of the parties only and not to be considered when interpreting this agreement. Words in the singular mean and include the plural and vice versa. Words in the masculine mean and include the feminine and vice versa.

**Entire Agreement**

10. This Agreement constitutes the entire agreement between the parties and there are no further items or provisions, either oral or otherwise.

**IN WITNESS WHEREOF**, the parties have duly affixed their signatures under hand and seal on **this 26th day of August 2022 .**

**SIGNED, SEALED, AND DELIVERED** This 26th day of August 2022

[signature]

**Investor**

**SIGNED, SEALED, AND DELIVERED** this 26th day of August 2022

*Lamar Fletcher*

Lamar Fletcher
Fletchers Capital Group
Investee

# WIRE TRANSFER INFORMATION

**Fletchers Capital Group LLC**

**Bank of America Routing # 026009593**

**Account # 334069315380**

**Address: 1870 The Exchange Ste 200**
**Atlanta, Ga 30339**